Yuri J. STOYANOV, Plaintiff-Appellant,

v.

Charles BEHRLE, Individually and in his Official Capacity as the Head of the Carderock Division; Gary M. Jebsen, Individually and in his Official Capacity as the Head of Code 70; Kevin M. Wilson, Individually and in his Official Capacity as the Head of Code 74; Bruce Crock, Individually and in his Official Capacity as the Head of Code 743; David Caron, Individually and in his Official Capacity as Assistant Counsel Code 39; Catherine Kissmeier, Individually and in her Official Capacity as Counsel Code 40; Garth Jensen, Individually and in his Official Capacity as Deputy Head Code 70; Mary (Cathy) Fowler, Individually and in her Official Capacity as Administrative Officer Code 70; Kenneth Forman, Individually and in his Official Capacity as Head of Code 73; Kenneth Goldman, Individually and in his Official Capacity as Head of Code 71; Archer Macy, Individually and in His Official Capacity as the Head of Naval Surface Warfare Center; Ray Mabus, Defendants-Appellees.

No. 16-1910

United States Court of Appeals, Fourth Circuit.

Filed: January 31, 2017

1:07-cv-01985-DKC

Yuri J. Stoyanov, Pro Se.

Allen F. Loucks, Esq., John Walter Sippel, Jr., Assistant U. S. Attorneys, Office of the United States Attorney, Baltimore, MD, for Defendant-Appellee Sean J. Stackley

ORDER

Yuri J. Stoyanov petitions for en banc rehearing. Upon consideration, the court grants panel rehearing. The clerk is directed to assign a new panel on rehearing of this case.

As no judge in active service has requested a poll on the petition for en banc rehearing, the court denies the petition.